No. 05–8472. IN RE ANDREWS. Petition for writ of mandamus and/or prohibition denied.

No. 05–380. GONZALES, ATTORNEY GENERAL v. CARHART ET AL. C. A. 8th Cir. Certiorari granted.

No. 05–608. MEDIMMUNE, INC. v. GENENTECH, INC., ET AL. C. A. Fed. Cir. Certiorari granted.

No. 05–705. GLOBAL CROSSING TELECOMMUNICATIONS, INC. v. METROPHONES TELECOMMUNICATIONS, INC. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 05–6551. CUNNINGHAM v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 04–9952. SEPULVEDA v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–10283. MASTERSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–266. PERAFAN SALDARRIAGA ET AL. v. GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 05–341. GREGORY v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 05–377. HOSTY ET AL. v. CARTER. C. A. 7th Cir. Certiorari denied.

No. 05–399. EDELSON v. CDC CORP. C. A. 7th Cir. Certiorari denied.

No. 05–461. HENDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.